**LAW OFFICES OF**
**NASH & KIRCHNER, P.C.**
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613
Fax (520) 628-1079
Pima County Computer No. 41636
State Bar No. 002893

Attorney for Defendant Stilwell

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | NO. CR-10-1463-PHX-PGR-DKD |
| vs. | ) | |
| | ) | CONSENT TO APPEARANCE |
| | ) | BY STEPHEN DICHTER ON |
| FLOYD STILWELL, | ) | BEHALF OF THE DEFENDANT |
| | ) | STILWELL |
| Defendant. | ) | |

Excludable delay under 18 U.S.C. §3161(h)(1)(F) will not occur as a result of this Motion or of an order based thereon.

The Defendant Floyd Stilwell, and his counsel undersigned, consent to Stephen Dichter, counsel of record for the co-defendant Marsh Aviation, appearing on behalf of counsel undersigned at the change of plea in this matter.

There are some urgencies in this matter that require that a change of plea occur as soon as possible.  All counsel are attempting to coordinate

the date and time of the change of plea. Due to conflicts in the court calendar of counsel undersigned and a planned out-of-state trip, this matter may be set when counsel undersigned is unavailable.

This matter has been fully discussed with Mr. Stilwell and he consents to Mr. Dichter standing in for counsel undersigned at the time of the change of plea if that is required as a result of the scheduling thereof. Mr. Dichter and counsel undersigned have met jointly with Mr. Stilwell on a number of occasions. The co-defendant corporation, Marsh Aviation, was until recently controlled by the Defendant Stilwell. At the end of the change of plea, the Government will move to dismiss the Defendant Marsh Aviation from this litigation. Thus, there is no conflict with Mr. Dichter appearing on behalf of Mr. Stilwell at a change of plea.

RESPECTFULLY SUBMITTED this 26th day of October, 2012.

          LAW OFFICES OF
          NASH & KIRCHNER, P.C.


          BY   /s/ Walter Nash
          WALTER NASH
          Attorney for Defendant Stilwell

-2-