**LAW OFFICES OF**
**NASH & KIRCHNER, P.C.**
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613
Fax (520) 628-1079
Pima County Computer No. 41636
State Bar No. 002893

Attorney for Defendant Stilwell

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. CR-10-1463-PHX-PGR-DKD |
| vs. | MOTION TO MODIFY CONDITIONS OF RELEASE |
| FLOYD STILWELL, | |
| Defendant. | |

Excludable delay under 18 U.S.C. §3161(h)(1)(F) will not occur as a result of this Motion or of an Order based thereon.

The Defendant Stilwell, by his counsel undersigned, hereby moves this Court for an Order modifying his conditions of release to delete the requirement of reporting to United States Pretrial Services. P.T.S. has requested that counsel undersigned file this Motion in view of Mr. Stilwell's health. David Pimsner, the Assistant United State Attorney handling this

case, has no objection to this Motion.  In all other respects the conditions of

release will remain unchanged.

      RESPECTFULLY SUBMITTED this 29th day of October, 2012.

                LAW OFFICES OF
                NASH & KIRCHNER, P.C.


                BY   /s/ Walter Nash
                WALTER NASH
                Attorney for Defendant Stilwell

Copy of the foregoing mailed/faxed/
delivered/emailed this 29th day of
October, 2012 to:

Justin Lauby
United States Pretrial Services

-2-